## CERTIFICATE OF SERVICE

I certify that I did on the 14th day of June, 2007 mail a true and correct copy of Civil Action in case No. 07-1013-ESH to the defendant's by Certified U.S. Mail, postage prepaid and addressed as follows.

U.S. Attorney
501 3rd St, N.W.
Washington, D.C. 20001

U.S. Attorney/DOJ
950 Pennsylcania Ave. N.W.
Washington, D.C. 20530

U.S. Department of Justice
950 Pennsylvana Ave. N.W.
Washington, D.C. 20530

Office Of Information & Privacy
Drug Enforcement Agency
Nyav Building, 11th Floor
Washington, D.C. 20530

*Johnny S. Bullock*
Plaintiff
Johnny Bullock-07890-032
USP McCreary
Pine Knot, KY 42635

RECEIVED
JUL 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

See attached jhereto, copies of certified mail reciepts.

ATTACHMENT (A)

**Receipt 1 (top-left):** 7005 1160 0002 7637 9567
- Postage: $1.76
- Certified Fee: 2.65
- Return Receipt Fee: 2.15
- Total Postage & Fees: $6.56
- Sent To: U.S. Department of Justice
- 950 Pennsylvana Ave. N.W.
- Washington, D.C. 20530
- Bullock 07980-032 6A

**Receipt 2 (top-right):** 7005 1160 0002 7638 4363
- Postage: $2.22
- Certified Fee: 2.65
- Return Receipt Fee: 2.15
- Total Postage & Fees: $7.02
- Sent To: Office of Information & Privacy
- Drug Enforcement Agency
- NYAV Building, 11Th Floor
- Washington, D.C. 20530
- Bullock 07898-032 6A

**Receipt 3 (bottom-left):** 7005 1160 0002 7637 9550
- Postage: $3.00
- Certified Fee: 2.65
- Return Receipt Fee: 2.15
- Total Postage & Fees: $7.80
- Sent To: U.S. Attorney
- 501 3Rd St. N.W.
- Washington, D.C. 20001
- Bullock 07898-032 6A

**Receipt 4 (bottom-right):** 7005 1160 0002 7637 9543
- Postage: $3.00
- Certified Fee: 2.65
- Return Receipt Fee: 2.15
- Total Postage & Fees: $7.80
- Sent To: U.S. Attorney/DOJ
- 950 Pennsylvania Ave. N.W.
- Washington, DC 20530
- Bullock 07898-032 6A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. ATTORNEY
   501 3RD St. N.W.
   Washington, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _[illegible]_   C. Date of Delivery: JUN 25 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0002 7637 9550

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**[SENDER]: COMPLETE THIS SECTION**

- [Comp]lete items 1, 2, and 3. Also complete [item 4] if Restricted Delivery is desired.
- [Print y]our name and address on the reverse [so tha]t we can return the card to you.
- [Attach] this card to the back of the mailpiece, [or on t]he front if space permits.

[1. Article A]ddressed to:

   [Drug] Enforcement Agency
   [U.S]. Dept. of Justice
   [Off]ice of Information & Privacy
   [FOI]V Building, 11th fl.
   [Was]hington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _[illegible]_   C. Date of Delivery: 6-19-07
   JUN 19 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. [Article N]umber (Transfer from service label): 7005 1160 0002 7638 4363

[PS Form 3]811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Department of Justice
   950 Pennsylvania Ave. N.W.
   Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _[illegible]_   C. Date of Delivery: 6-19-07
   JUN 19 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0002 7637 9567

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): _[illegible]_   C. Date of Delivery: JUN 19 2007 |
| 1. Article Addressed to:<br>U.S. Attorney General<br>D.O.J.<br>950 Pennsylvania Ave. N.W.<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0002 7637 9543 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540