UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY LEE BULLOCK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, )<br>et al. )<br>)<br>Defendants. ) | Civil Action No. 07-1013 (ESH) |

## DEFENDANTS' FIRST MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Bureau of Investigations ("FBI"), Drug Enforcement Agency ("DEA") and Office of Information and Privacy, by counsel, respectfully move for a sixty day extension of time, to and including September 28, 2007, within which to respond to Plaintiff's Complaint. This is Defendants' first request for an enlargement of time for this purpose. Defendants did not obtain the position of Plaintiff *pro se*, because he is incarcerated in a Federal Prison.

For cause, Defendants state as follows:

Undersigned counsel has reviewed Plaintiff's FOIA complaint, and contacted representatives of Defendant FBI and Defendant DEA with regard to Plaintiff's claims. The representatives of the FOIA units of defendants indicated that extensive document processing in their field offices is necessary in order to respond to the complaint, both with regard to confirming adequate document searches, as well as preparing Vaughn indexes supporting dispositive motion and/or potentially disclosing additional documents. This processing of documents is ongoing, but will take the requested amount of additional time to complete. The additional time requested will allow defendants to obtain all responsive documents and to

determine which documents can be produced and which documents fall under relevant exemptions to production. The requested extension of time will not prejudice plaintiff as it will allow defendants the opportunity to comply fully with plaintiff's requests under applicable law.

For the foregoing reasons, Defendants respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: July 25, 2007

                                               Respectfully submitted,

                                               ___/s_/_____
                                               JEFFREY A. TAYLOR, D.C. BAR #498610
                                               United States Attorney

                                               __/s/_____
                                               RUDOLPH CONTRERAS, D.C. BAR #434122
                                               Assistant United States Attorney

                                               __/s/_____
                                               ALEXANDER D. SHOAIBI,
                                               Assistant United States Attorney
                                               501 Third Street, N.W., Rm E-4218
                                               Washington, D.C. 20530
                                               (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this **25TH** day of July, 2007, I caused the foregoing **Defendants' Motion for Enlargement of Time** to be served on plaintiff pro se postage prepaid, addressed as follows:

          /s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHNNY LEE BULLOCK** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )    Civil Action No. 07-1013 (ESH) |
| | ) |
| **FEDERAL BUREAU OF INVESTIGATION,** | ) |
|     <u>et al.</u> | ) |
| | ) |
|     **Defendants.** | |

**ORDER**

**UPON CONSIDERATION** of Defendants' Motion for Enlargement of Time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall respond to Plaintiff's Complaint on or before September 28, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.