IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
AUG 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Jonny Lee Bullock,        ( <br> ) <br> Plaintiff,           ( <br> ) <br> ( <br> V.                            )    Civ. Action 07-1013 (ESH) <br> ( <br> ) <br> ( <br> Drug Enforcement Agency, ) <br> ( <br> Defendant,          ) <br> ( <br> _____) | |

## NOTICE OF CHANGE OF ADDRESS

**Comes now**, the Plaintiff, Johnny Lee Bullock, and hereby puts all parties on notice that the Plaintiff has changed his address in the above mentioned Civ. Action No. 07-1013 (ESH).

The Plaintiff's orginal address was as following:

    Johnny Lee Bullock
    Reg. No. 07890-032
    USP-McCreary
    P.O. Box 3000
    Pine Knot, Ky 42635-3000

The Plaintiff's new address is as following:

    Johnny Lee Bullock
    Reg. No. 07890-032
    FCI-Manchester
    P.O. Box 4000
    Manchester, Ky. 40962

I, hereby certify that on the date of _July - 24_, 2007, a copy of my "Notice of Change of Address" was mailed to all defendant's at the following addresses:

Nancy-Mayer Whitting, Clerk
U.S. District Court
E. Barrettyman U.S. Cth.
333 Constitution Ave. N.W.
Washington, DC. 20001


U.S. Attorney
501 3rd St. N.W.
Washington, Dc. 20001


U.S Attorney General
D.O.J.
950 Pennsylvania Ave. N.W.
Washington, Dc. 20530


U.S. Department of Justice
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530


Office of Information & Privacy
Drug Enforcement Agency
Navy Building, 11th Floor
Washington, Dc. 20530


                          Respectfully Submitt,

                          *Johnny Lee Bullock* (signature)
                          Johnny Lee Bullock
                          Reg. No. 07890-032
                          Federal Correction Institution Manchester
                          P.O. Box 4000
                          Manchester, Kentucky 40962-4000