# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHNNY LEE BULLOCK** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 07-1013 (ESH)** |
| | ) | |
| **FEDERAL BUREAU OF INVESTIGATION,** | ) | |
| <u>et al.</u> | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>DEFENDANTS' SECOND MOTION FOR ENLARGEMENT OF TIME</u>

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Bureau of Investigations ("FBI"), Drug Enforcement Agency ("DEA") and Office of Information and Privacy, by counsel, respectfully move for an additional forty-five day extension of time, to and including November 13, 2007, within which to respond to Plaintiff's Complaint.  This is Defendants' second request for an enlargement of time for this purpose. Defendants did not obtain the position of Plaintiff *pro se*, because he is incarcerated in a Federal Prison.

For cause, Defendants state as follows:

1. Defendant FBI has been working diligently to prepare the documentation necessary for the filing of a responsive motion in this case, and in reviewing its files for this purpose, defendant FBI located 31 pages of public source material that was released to plaintiff (with some material deleted pursuant to relevant FOIA exemptions) on September 26, 2007, the date prior to the filing of this motion for enlargement of time..

2. Defendant FBI, despite its attempts to prepare a Vaughn index and declaration to support a timely filed motion, will need additional time in order to do so because of the large number of FOIA cases it is handling at present in addition to plaintiff's case.

3. Defendant DEA also has been working diligently on this case, and has determined that records responsive to plaintiff's complaint not located at headquarters could be found in the DEA field file. As a result, an additional 103 pages not previously identified were obtained. Upon review of these pages, it was noted that several pages were records of other components of the Department of Justice.

4. DEA will require additional time to complete the processing of the above recently located material, and to refer a portion of these pages to the other components of the Department of Justice for a direct response.

5. The DEA records among the recently discovered field documents will be released within five days, and an additional 30 days is needed in order to prepare the Vaughn index and to draft the supporting declaration. Ten new FOIA actions have been received by the DEA in the last 90 days, in addition to several active ongoing FOIA cases in which responses were due during that period.

6. As represented in defendants' first motion for enlargement of time to respond to plaintiff's complaint, defendants have been searching for and processing documents in support of plaintiff's complaint. Defendants, however, request additional time to complete this process. The requested extension of time will not prejudice plaintiff as it will allow defendants the opportunity to comply fully with plaintiff's requests under applicable law.

For the foregoing reasons, Defendants respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: September 27, 2007

Respectfully submitted,

___/s_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

___/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

___/s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

---

[1]Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

**CERTIFICATE OF SERVICE**

I hereby certify that on this  **27TH**  day of September, 2007, I caused the foregoing

**Defendants' Second Motion for Enlargement of Time** to be served on plaintiff pro se postage

prepaid, addressed as follows:

> Johnny L. Bullock
> #07890-032
> USP-McCreary
> P.O. Box 3000
> Pine Knot, KY 42635

  /s/  
ALEXANDER D. SHOAIBI
Assistant United States Attorney

_____**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JOHNNY LEE BULLOCK** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 07-1013 (ESH)** |
| | ) | |
| **FEDERAL BUREAU OF INVESTIGATION,** | ) | |
| **et al.** | ) | |
| | ) | |
| **Defendants.** | | |

_____ **ORDER**

  **UPON CONSIDERATION** of Defendants' Second Motion for Enlargement of Time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall respond to Plaintiff's Complaint on or before November 13, 2007.

          _____
          UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.