UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY LEE BULLOCK       )<br>                           )<br>     Plaintiff,           )<br>                           )<br>     v.                    )     Civil Action No. 07-1013 (ESH)<br>                           )<br>FEDERAL BUREAU OF INVESTIGATION, )<br>     et al.                )<br>                           )<br>     Defendants.           ) | |

**DEFENDANTS' THIRD MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Bureau of Investigations ("FBI"), Drug Enforcement Agency ("DEA") and Office of Information and Privacy, by counsel, respectfully move for an additional forty-five day extension of time, to and including December 28, 2007, within which to respond to Plaintiff's Complaint. This is Defendants' third request for an enlargement of time for this purpose. Defendants did not obtain the position of Plaintiff *pro se*, because he is incarcerated in a Federal Prison.

For cause, Defendants state as follows:

1. With regard to defendant DEA, since the last extension, it has searched the field and headquarters files, identified all responsive information, processed the pages, referred documents to three (3) other agencies, and have prepared a supplemental release to plaintiff. Although Defendant DEA is still awaiting a response from two of the three agencies, its declaration and *Vaughn* are substantially completed and will be forwarded to undersigned counsel within the next week. Also during the next week, Defendant DEA plans to release an additional 70 pages that were located during the search conducted as a result of its recent litigation review to plaintiff. An additional 32 pages were also located and have been reviewed by DEA and referred to the

Executive Office for United States Attorneys and to Defendant FBI. Because this material was just released to plaintiff and referred to other agencies, Defendants request an additional 45 days both to allow plaintiff to review and respond to the newly released documents, as well as for the above agencies to review and process the documents they are about to receive.

    2. In addition to its pending review of the documents just referred by Defendant DEA, Defendant FBI requests additional time to prepare a Vaughn index and declaration for the documents it has located separately. The reason for this enlargement of time is primarily the extremely large and burdensome caseload being handled by Defendant FBI's FOIA Litigation Unit.

    For the foregoing reasons, Defendants respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: November 13, 2007

                                      Respectfully submitted,

                                      ___/s /_____
                                      JEFFREY A. TAYLOR, D.C. BAR #498610
                                      United States Attorney

                                      __/s/_____
                                      RUDOLPH CONTRERAS, D.C. BAR #434122
                                      Assistant United States Attorney

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

       /s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

CERTIFICATE OF SERVICE

I hereby certify that on this **13TH** day of November, 2007, I caused the foregoing **Defendants' Third Motion for Enlargement of Time** to be served on plaintiff pro se postage prepaid, addressed as follows:

> Johnny L. Bullock
> #07890-032
> USP-McCreary
> P.O. Box 3000
> Pine Knot, KY 42635

    /s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHNNY LEE BULLOCK**  )<br>  )<br>    **Plaintiff,**  )<br>  )<br> v.  )<br>  )<br> **FEDERAL BUREAU OF INVESTIGATION,**  )<br>    **et al.**  )<br>  )<br>    **Defendants.**  ) | Civil Action No. 07-1013 (ESH) |

**ORDER**

**UPON CONSIDERATION** of Defendants' Third Motion for Enlargement of Time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall respond to Plaintiff's Complaint on or before December 28, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.