UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY LEE BULLOCK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, )<br><u>et al.</u> )<br>)<br>Defendants. ) | Civil Action No. 07-1013 (ESH) |

## DEFENDANTS' FOURTH MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Bureau of Investigations ("FBI"), Drug Enforcement Agency ("DEA") and Office of Information and Privacy, by counsel, respectfully move for an additional three week extension of time, to and including January 18, 2008, within which to respond to Plaintiff's Complaint. Defendants' response to the Complaint is due on December 28, 2007. This is Defendants' fourth request for an enlargement of time for this purpose. Defendants did not obtain the position of Plaintiff *pro se*, because he is incarcerated in a Federal Prison.

For cause, Defendants state as follows:

1. Although defendants have compiled the majority of the documentation required to file a dispositive motion responsive to the Complaint in this case, a recent unanticipated problem necessitates a brief enlargement of time before defendants' motion can be finalized.

2. According to Joel D. Miller, Assistant General Counsel in the FOIA Litigation Unit of the FBI, and based on information obtained from Peggy L. Bellando, Unit Chief, Litigation Support Unit, more time is needed because the paralegal who is working on the Vaughn index and draft declaration, Constance Downs, has a family emergency that requires her presence and

attention full-time during the period when the pleadings are due; while the index and declaration are near completion more time is required. Ms Downs has been working on this case, along with other cases assigned to her, since its inception. She obtained the documents and is completely familiar with them. FBI lacks the necessary personnel, because of competing deadlines, the holiday schedule and the requirement that leave accrued above the hourly maximum be used before the end of the year ("use or lose") to reassign the case at this late stage. Due to this unforeseen circumstance, FBI requests three additional weeks until January 18th to complete the declaration and Vaughan index to support a dispositive motion.

For the foregoing reasons, Defendants respectfully requests that this motion for an enlargement of time be granted.[1]


Dated: December 20, 2007

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

                __/s/_____
                ALEXANDER D. SHOAIBI,
                Assistant United States Attorney
                501 Third Street, N.W., Rm E-4218
                Washington, D.C.  20530
                (202) 514-7236

## CERTIFICATE OF SERVICE

I hereby certify that on this **20TH** day of December, 2007, I caused the foregoing **Defendants' Fourth Motion for Enlargement of Time** to be served on plaintiff pro se postage prepaid, addressed as follows:

>Johnny L. Bullock
>#07890-032
>USP-McCreary
>P.O. Box 3000
>Pine Knot, KY 42635


/s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JOHNNY LEE BULLOCK** )
)
    **Plaintiff,** )
)
    v. )    Civil Action No. 07-1013 (ESH)
)
**FEDERAL BUREAU OF INVESTIGATION,** )
    <u>et al.</u> )
)
    **Defendants.**

**ORDER**

    **UPON CONSIDERATION** of Defendants' Fourth Motion for Enlargement of Time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall respond to Plaintiff's Complaint on or before January 18, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.