UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY LEE BULLOCK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1013 (ESH) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' SIXTH MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Bureau of Investigations ("FBI"), Drug Enforcement Agency ("DEA") and Office of Information and Privacy, by counsel, respectfully move for an additional thirty day extension of time, to and including March 20, 2008, within which to respond to Plaintiff's Complaint. Defendants' response to the Complaint is due on February 19, 2008. This is Defendants' fifth request for an enlargement of time for this purpose. Defendants did not obtain the position of Plaintiff *pro se*, because he is incarcerated in a Federal Prison.

For cause, Defendants state as follows:

1. Defendant FBI has been working diligently on a declaration and Vaughn Index to support a dispositive motion in this case. However, as of the evening prior to the present filing deadline of February 19, 2008, undersigned counsel has not obtained a final signed declaration and Vaughn Index from the FBI.

2. Early during the week of February 11, 2008, undersigned counsel received a draft declaration and Vaughn Index from the FBI which required revision. On the afternoon of Friday February 15, the last business day prior to the February 19, 2008 filing deadline, undersigned

counsel received a telephone call from his contact at the FBI, who informed him that a superceding request prevented the FBI from being able to provide the final declaration prior to the close of business.

3. Undersigned counsel expects to obtain the final versions of the documents necessary to prepare a dispositive motion to plaintiff's complaint later this week.

4. Allowing Defendant FBI time to finalize its declaration and Vaughn Index, and to prepare the dispositive motion responsive to plaintiff's complaint would be in the interests of justice.

For the foregoing reasons, Defendants respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: February 18, 2008

                                      Respectfully submitted,

                                      ___/s_/_____
                                      JEFFREY A. TAYLOR, D.C. BAR #498610
                                      United States Attorney

                                      __/s/_____
                                      RUDOLPH CONTRERAS, D.C. BAR #434122
                                      Assistant United States Attorney

                                      __/s/_____
                                      ALEXANDER D. SHOAIBI,
                                      Assistant United States Attorney
                                      501 Third Street, N.W., Rm E-4218
                                      Washington, D.C. 20530
                                      (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this **18TH** day of February, 2008, I caused the foregoing **Defendants' Sixth Motion for Enlargement of Time** to be served on plaintiff pro se postage prepaid, addressed as follows:

>Johnny L. Bullock
>#07890-032
>USP-McCreary
>P.O. Box 3000
>Pine Knot, KY 42635


/s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHNNY LEE BULLOCK**        )<br>                                                          )<br>            **Plaintiff,**                 )<br>                                                          )<br>            v.                                            )
            **Civil Action No. 07-1013 (ESH)**<br>                                                          )<br>**FEDERAL BUREAU OF INVESTIGATION,** )<br>            <u>et al.</u>                                   )<br>                                                          )<br>            **Defendants.**              ) | |

### ORDER

**UPON CONSIDERATION** of Defendants' Sixth Motion for Enlargement of Time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall respond to Plaintiff's Complaint on or before March 20, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.