UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY LEE BULLOCK            )<br>                                                    )<br>          **Plaintiff,**                        )<br>                                                    )<br>     v.                                              )<br>                                                    )<br>**FEDERAL BUREAU OF INVESTIGATION,**  )<br>          <u>et al.</u>                         )<br>                                                    )<br>          **Defendants.**                  )  | Civil Action No. 07-1013 (ESH) |

**DEFENDANTS' MOTION FOR A TWO BUSINESS DAY ENLARGEMENT OF
TIME TO FILE DISPOSITIVE MOTION**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Bureau of Investigations, Drug Enforcement Agency and Office of Information and Privacy, by counsel, respectfully move for an additional two business day extension of time, to and including March 24, 2008, within which to file their dispositive motion responsive to Plaintiff's Complaint. Defendants' response to the Complaint is presently due on Thursday March 20, 2008.

For cause, Defendants state as follows:

1. The records requested by plaintiff span multiple government agencies and, at least in some cases, had to be located amidst voluminous records of larger investigations.

2. All of the necessary materials supporting this brief only recently became available to counsel since the granting of the last enlargement in this case.

3. Defendants' counsel is in the process of preparing a single submission addressing all of the claims in the Complaint.

4. It serves both the interests of the parties and judicial economy to allow defendants to have an additional two business days to finish coordinating responses and then to provide one set

of materials which will allow the Court to resolve this case efficiently.

 5. This motion is filed in good faith and the brief amount of time requested (two business days) will not unfairly prejudice plaintiff.

 6. Undersigned counsel did not contact plaintiff to obtain his position on this motion because he is presently incarcerated.

 For the foregoing reasons, Defendants respectfully requests that this motion for a two business day enlargement of time to Monday February 24, 2008 be granted.[1]

Dated: March 19, 2008

           Respectfully submitted,

           ___/s_/_____
           JEFFREY A. TAYLOR, D.C. BAR #498610
           United States Attorney

           __/s/_____
           RUDOLPH CONTRERAS, D.C. BAR #434122
           Assistant United States Attorney

           __/s/_____
           ALEXANDER D. SHOAIBI,
           Assistant United States Attorney
           501 Third Street, N.W., Rm E-4218
           Washington, D.C.  20530
           (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

**CERTIFICATE OF SERVICE**

I hereby certify that on this **19th** day of March, 2008, I caused the foregoing **Defendants' Motion for a Two Business Day Enlargement of Time** to be served on plaintiff pro se postage prepaid, addressed as follows:

>Johnny L. Bullock
>#07890-032
>USP-McCreary
>P.O. Box 3000
>Pine Knot, KY 42635


　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　ALEXANDER D. SHOAIBI
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHNNY LEE BULLOCK**           ) | |
| )| |
| **Plaintiff,**           ) | |
| )| |
| v.           ) | Civil Action No. 07-1013 (ESH) |
| )| |
| **FEDERAL BUREAU OF INVESTIGATION,**           ) | |
| <u>et al.</u>           ) | |
| )| |
| **Defendants.**           ) | |

**ORDER**

**UPON CONSIDERATION** of Defendants' motion for a two business day enlargement of time to file a dispositive motion responsive to Plaintiff's Complaint, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall respond to Plaintiff's Complaint on or before March 24, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.