UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY LEE BULLOCK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No.: 07-01013 (ESH) |

**DEFENDANTS' MOTION TO EXCEED PAGE LIMIT**

Pursuant to LCvR 7(e), Defendants respectfully move for permission to exceed the 45-page limit applicable to a memorandum of points and authorities in support of their Motion for Summary Judgment in this case. The memorandum itself exceeds the page limit by five pages. It is necessary for the memorandum to exceed the 45-page limit because seven FOIA exemptions have been claimed by the parties in this case, and Defendant agencies have each asserted some or all of these exemptions. The two main declarations supporting this memorandum are each 80 paragraphs or more in length and both have more than multiple attachments. One such attachment is 302 pages long. Defendants' counsel has attempted to address these materials as concisely and reasonably as possible under the circumstances.

Because Plaintiff, *Pro se*, Johnny Lee Bullock, is a federal prisoner, Counsel for the Defendants did not attempt to contact him concerning his position on this motion.[1]

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." The Rule does not require counsel to discuss those motions with *pro se* litigants. Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any

WHEREFORE, Defendants respectfully request that the Court waive the page limit for its memorandum of points and authorities..

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
ALEXANDER D. SHOAIBI, DC Bar # 423587
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W. -- Room E-4218
Washington, D.C. 20530
(202) 514-7236

Counsel for the Defendants

March 24, 2008

---

**non-prisoner** *pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHNNY LEE BULLOCK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 07-01013 (ESH) |
| FEDERAL BUREAU OF INVESTIGATION, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**<u>ORDER</u>**

This matter comes before the Court on Defendants' Motion to Exceed Page Limit. Upon consideration of the Motion, the relevant law, and the entire record, it is hereby this

_____ day of _____, 2008,

ORDERED that Defendants' Motion is hereby GRANTED, and it is further,

ORDERED that Defendants' Memorandum of Points of Authorities in Support of his Motion for Summary Judgment shall be allowed to exceed the forty-five (45) page limit by five (5) pages.

_____
ELLEN S. HUVELLE
United States District Judge