Johnny Lee Bullock,

    Plaintiff

V.   Civil Action No. 07-1013 (ESH)

Federal Bureau of Investigation, et al,

    Defendants

*Let this be filed ESH 4/14/08*

**FILED**
APR 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion for Extension of Time

Comes now Pro se Plaintiff Johnny Lee Bullock Motion this Court for 60 Days extension reasion for said Sixty Days Extension Plaintiff is a inmate at Federal bureau of Prison on March 7th Plaintiff was place in B.O.P. Transit From Manchester, Kentucky Federal Correctional Institution to Federal Prison Marion Illinois Plaintiff has not received or viewed

Page (1)

any of Defendants Vaughn, Material or Defendants dispositive motion Plaintiff wont received any of said Vaughn, or dispositive Material Tile after he is received at Federal Prison Marion Illinois Plaintiff is current at U.S.P. Atlanta Georgia Place in a holding unit awaiting Transfer on to Federal Prison Marion Illinois

For the Reasons Stated in this Motion Plaintiff Preay That This Court Well GRANT Prose inmate Plantiff Johnny Lee Bullock sixty day extension of Time To responed To Defendants Summary judgment Motion

DATE 4-___

Johnny Lee Bullock
No. 07890-032

Page (2)