UNITED STATES DISTRICT COURT
For The DISTRICT OF COLUMBIA

RECEIVED
APR 21 2008
_____, CLERK
_____ COURT

JOHNNY LEE BULLOCK,           )
                              )
        Plaintiff,            )
                              )
    v.                        ) Civil Action No. 07-CV-1013(ESH)
                              )
UNITED STATES DEPARTMENT      )
OF JUSTICE (F.B.I.) et al,    )
                              )
        Defendants.           )

MOTION FOR ENLARGEMENT OF TIME

COMES NOW Pro Se Plaintiff Johnny Lee Bullock, to Motion this Court to grant him Sixty (60) days extention of time.

Reason for Extention

Plaintiff is a Pro Se inmate who has just bee transfered from Federal Correctional Institution, Manchester Kentucky to United States Penitentiary, P.O. Box 1000 Marion, Illinois 62959, who has not had time to view defendants Summary Judgment Motion and dispositve motion Vaughn index OR has records been returned to him from F.O.B. from said transfer. Plaintiff will file a response to defendants motion for Summary Judgment as soon as he receives his personal property.

For the reason stated, Plaintiff Johnny Lee Bullock respectfully asks this Court to grant him Sixty (60) days extention of time.

/s/ Johnny Lee Bullock
Johnny Lee Bullock

UNITED STATES DISTRICT COURT
For The DISTRICT OF COLUMBIA

JOHNNY LEE BULLOCK )
)
      Plaintiff )
)
 V. ) Civil Action No. 07-CV-1013 (ESH)
)
UNITED STATES DEPARTMENT )
OF JUSTICE (F.B.I.) et al, )
)
      Defendants. )

NOTICE OF ADDRESS CHANGE

From:

    Johnny Lee Bullock No. 07890-032
    Manchester Federal Correctional Institution
    P.O. Box 4000
    Manchester, Kentucky 40962

To:

    Johnny Lee Bullock No. 07890-032
    United States Penitentiary
    P.O. Box 1000
    Marion, Illinois 62959

*/s/ Johnny Lee Bullock*
Johnny Lee Bullock

## CERTIFICATE OF SERVICE

This is to certify that Plaintiff Johnny Lee Bullock, did place in the institutional mail a true and correct copy of the following; NOTICE OF CHANGE OF ADDRESS and MOTION FOR EXTENTION OF TIME. Both were sent to the following, postage prepaid,

ALEXANDER D. SHOAIBI, D.C. Bar No.423587
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.  Room E-4218
Washington D.C. 20530

Dated this 16Th day of April, 2008 A.D.

Respectfully Submitted,

*Johnny Lee Bullock*
Johnny Lee Bullock