UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY LEE BULLOCK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1013 (ESH) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| <u>et al.</u> ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' FIRST MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Bureau of Investigations ("FBI"), Drug Enforcement Agency ("DEA") and Office of Information and Privacy, by counsel, by counsel, respectfully move for a thirty day extension of time, to and including July 28, 2008, within which to respond to plaintiff's Cross-Motion for Summary Judgment. This is Defendants' first request for an enlargement of time for this purpose. Defendant did not obtain the position of Plaintiff *pro se*, because he is incarcerated in a Federal Prison.

For cause, Defendants states as follows:

1. Undersigned counsel will be out of town on annual leave on June 26, 2008, the present date on which defendant's opposition to plaintiff's cross-motion for summary judgment is due, and will not be back in the office until July 7, 2008.

2. Since receiving plaintiff's cross-motion, undersigned counsel has been in contact with both defendant DEA and defendant FBI, and has begun to prepare their responses to plaintiff's cross-motion for summary judgment. However, because of the aforementioned plans to be on

annual leave, as well as conflicting obligations in other matters, including preparation of a dispositive motion in response to plaintiff's motion for preliminary injunction in the case of Coalition for Common Sense in Government Procurement v. Department of Defense (JDB), undersigned counsel requests an additional thirty days to file defendants' opposition to plaintiff's cross-motion for summary judgment.

    3. The requested extension of time will not unduly prejudice plaintiff and will be in the interests of justice.

    For the foregoing reasons, defendants respectfully requests that this first motion for an enlargement of time to file opposition to cross-motion for summary judgement be granted.[1]

Dated: July 23, 200

    Respectfully submitted,

    ___/s_/_____
    JEFFREY A. TAYLOR, D.C. BAR #498610
    United States Attorney

    __/s/_____
    RUDOLPH CONTRERAS, D.C. BAR #434122
    Assistant United States Attorney

    __/s/_____
    ALEXANDER D. SHOAIBI,
    Assistant United States Attorney
    501 Third Street, N.W., Rm E-4218
    Washington, D.C.  20530
    (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this **23TH** day of June, 2008, I caused the foregoing **Defendants' First Motion for Enlargement of Time to File Opposition to Cross-motion for Summary Judgment** to be served on plaintiff pro se postage prepaid, addressed as follows:

> Johnny L. Bullock
> #07890-032
> USP-McCreary
> P.O. Box 3000
> Pine Knot, KY 42635

/s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHNNY LEE BULLOCK** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-1013 (ESH) |
| ) | |
| **FEDERAL BUREAU OF INVESTIGATION,** ) | |
| <u>et al.</u> ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

**UPON CONSIDERATION** of Defendants' First Motion for Enlargement of Time to File Opposition to Plaintiff's Cross-Motion for Summary Judgment, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall file their Opposition to Plaintiff's Cross-Motion for Summary Judgment on or before July 28, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.