UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY LEE BULLOCK          ) | |
|         **Plaintiff,**          ) | |
| v.          ) | Civil Action No. 07-1013 (ESH) |
| FEDERAL BUREAU OF INVESTIGATION,          )
    <u>et al.</u>          ) | |
|         **Defendants.**          ) | |

**DEFENDANTS' SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Bureau of Investigations ("FBI"), Drug Enforcement Agency ("DEA") and Office of Information and Privacy, by counsel, by counsel, respectfully move for a two week extension of time, to and including August 11, 2008, within which to respond to plaintiff's Cross-Motion for Summary Judgment. This is Defendants' second request for an enlargement of time for this purpose. Defendant did not obtain the position of Plaintiff *pro se*, because he is incarcerated in a Federal Prison.

For cause, Defendants states as follows:

1. Undersigned counsel needs additional time to work with defendant agencies on their responses to plaintiff's cross-motion for summary judgment.

2. Responsibilities in other cases, including immediate discovery obligations in <u>Chavers v. Mansfield</u> (ESH) and <u>Turner v. Chertoff</u> (RMU), and preparation of dispositive motion and opposition to preliminary injunction due on July 28, 2008 in <u>Coalition for Common Sense in Government Procurement v. Department of Defense</u> (JDB), along with the respective leave

schedules of counsel and agency employees in the instant case, have prevented defendants from being in a position to complete their opposition to plaintiff's cross-motion for summary judgment by the present deadline of July 28, 2008.

    3. The requested extension of time will not unduly prejudice plaintiff and will be in the interests of justice.

    For the foregoing reasons, defendants respectfully request that this second motion for an enlargement of time to file opposition to cross-motion for summary judgement be granted.[1]

Dated: July 23, 2008

                          Respectfully submitted,

                          ___/s_/_____
                          JEFFREY A. TAYLOR, D.C. BAR #498610
                          United States Attorney

                          __/s/_____
                          RUDOLPH CONTRERAS, D.C. BAR #434122
                          Assistant United States Attorney

                          __/s/_____
                          ALEXANDER D. SHOAIBI,
                          Assistant United States Attorney
                          501 Third Street, N.W., Rm E-4218
                          Washington, D.C.  20530
                          (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this **23nd** day of July, 2008, I caused the foregoing **Defendants' Second Motion for Enlargement of Time to File Opposition to Cross-motion for Summary Judgment** to be served on plaintiff pro se postage prepaid, addressed as follows:

>Johnny L. Bullock
>#07890-032
>USP-McCreary
>P.O. Box 3000
>Pine Knot, KY 42635

>/s/
>ALEXANDER D. SHOAIBI
>Assistant United States Attorney

UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHNNY LEE BULLOCK**       ) | |
| )| |
| **Plaintiff,**       ) | |
| )| |
| v.       ) | Civil Action No. 07-1013 (ESH) |
| )| |
| **FEDERAL BUREAU OF INVESTIGATION,**       ) | |
| <u>et al.</u>       ) | |
| )| |
| **Defendants.**       ) | |

**ORDER**

**UPON CONSIDERATION** of Defendants' Second Motion for Enlargement of Time to File Opposition to Plaintiff's Cross-Motion for Summary Judgment, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall file their Opposition to Plaintiff's Cross-Motion for Summary Judgment on or before August 11, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.